UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ANGELIA ETTADOUARI,                                                                              PLAINTIFF

v.                                          CIVIL ACTION NO. 1:22-cv-00151-LLK (e-filed)

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,                                  DEFENDANT

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

June 1, 2023

**Lanny King, Magistrate Judge**
**United States District Court**

TENDERED BY:

***/s/ Troy J. Pratten***
Troy J. Pratten
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(816) 936-5796
troy.pratten@ssa.gov